James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BRODZKI,<br><br>           Plaintiff,<br><br>v.<br><br>TARRANT COUNTY SHERIFF,<br><br>           Defendant. | 2:12-CV-40 JCM (VCF) |

**ORDER**

Presently before the court is *pro se* plaintiff Anthony J. Brodzki's motion for temporary restraining order. (Doc. #7). Plaintiff requests a temporary restraining order "to stop the sheriff of Tarrant and to order this privacy and electronics torture session ended . . . ." (Doc. #6).

According to Federal Rule of Civil Procedure 65, a court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard. The Supreme Court has stated that courts must consider the following factors in determining whether to issue a temporary restraining order and preliminary injunction: (1) a likelihood of success on the merits; (2) possibility of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 555 U.S. 7, 20 (2008).

Here, plaintiff has not provided "specific facts [which] clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." FED. R. CIV. P. 65(b)(1)(A). Additionally, plaintiff has not made any showing with regard to the four *Winter* factors that a court must consider in the temporary restraining order analysis. *Winter*, 555 U.S. at 20. Finally, plaintiff has not adequately articulated the content of his requested injunctive relief.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Anthony J. Brodzki's motion for temporary restraining order (doc. #7) be, and the same hereby is, DENIED.

DATED February 14, 2012.

*/s/ James C. Mahan*
_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**