UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY BRODZKI,

        Plaintiff,

v.

TARRANT COUNTY SHERIFF,

        Defendant.

2:12-CV-40 JCM (VCF)

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge Ferenbach. (Doc. #10). *Pro se* plaintiff Anthony J. Brodzki did not file an objection.

On March 26, 2012, plaintiff filed a motion for information, asking the magistrate to "shut off this torture table . . . ." (Doc. #9). The report and recommendation notes that the magistrate "has not engaged in a telephone conversation with plaintiff, and plaintiff is advised that *ex parte* communications, such as telephone conversations, are not permitted." (Doc. #10).

The report and recommendation interpreted plaintiff's motion for information as a motion for temporary restraining order because plaintiff is asking the court to "shut off" or stop actions of individuals without giving the individuals an opportunity to respond. (Doc. #10). The magistrate judge further noted that this court had previously denied a motion for temporary restraining order based on the same alleged torture. (Doc. #10, citing Doc. #7). Similar to this court's prior order denying plaintiff's motion for temporary restraining order, the report and recommendation found that plaintiff's motion for information does not provide adequate facts to warrant the court stopping

**James C. Mahan**
**U.S. District Judge**

certain actions. (Doc. #10). Accordingly, the magistrate recommends that the court deny plaintiff's motion for information.

Plaintiff has not filed an objection to the report and recommendation, and the court agrees with the magistrate's recommendation. Therefore, the report and recommendation are affirmed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that United States Magistrate Judge Ferenbach's report and recommendation (doc. #10) be, and the same hereby are, AFFIRMED.

IT IS FURTHER ORDERED that *pro se* plaintiff Anthony J. Brodzki's motion for information (doc. #9) be, and the same hereby is, DENIED.

DATED April 17, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -