1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                          **DISTRICT OF NEVADA**
7
8    ANTHONY BRODZKI,                        2:12-CV-40 JCM (VCF)
9                    Plaintiff,
10   v.
11   TARRANT COUNTY SHERIFF,
12                    Defendant.
13

14                                **ORDER**

15          Presently before the court is *pro se* plaintiff Anthony J. Brodzki's third motion for temporary

16   restraining order.  (Doc. #12).  Plaintiff requests this court to issue a temporary restraining order to

17   "shut off the equipment . . . ."  (Doc. #12).  Plaintiff previously moved for temporary restraining

18   orders on February 13, 2012, (doc. #7) and March 16, 2012 (doc. #9).  The court denied those

19   motions.  (Docs. #8 and #11).

20          According to Federal Rule of Civil Procedure 65, a court may issue a temporary restraining

21   order when the moving party provides specific facts showing that immediate and irreparable injury,

22   loss, or damage will result before the adverse party's opposition to a motion for preliminary

23   injunction can be heard.  The Supreme Court has stated that courts must consider the following

24   factors in determining whether to issue a temporary restraining order and preliminary injunction: (1)

25   a likelihood of success on the merits; (2) a likelihood of irreparable injury if preliminary relief is not

26   granted; (3) balance of hardships; and (4) advancement of the public interest.  *Winter v. N.R.D.C.*,

27   555 U.S. 7, 20 (2008).

28

**James C. Mahan**
**U.S. District Judge**

1    Plaintiff's requested relief is too vague to be appropriate for injunctive relief.   Further,

2 plaintiff has not made a sufficient showing under the four *Winter* factors.   (*See* Doc. #16).

3    Accordingly,

4    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Anthony

5 J. Brodzki's third motion for temporary restraining order (doc. #12) be, and the same hereby is,

6 DENIED.

7    DATED May 3, 2012.

8

9    _____

10   **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                        - 2 -